June 27, 2019                                              The Honorable Judge I. Leo. Glasser
225 Cadman Plaza (East)
Brooklyn, NY 11201

*CR-97-1146 /ILG*

Dear Honorable Judge I Leo Glasser,

I come before this court asking that this court terminate defendant's Randy L Hutchinson supervised released. The defendant has been on supervised release for over two years out of the five-year term and has done very well and below the defendant will list the reasons this court shall take action to terminate the supervised release.

1) The defendant was sentenced to a twenty-year sentence and was released in May of 2017 when he had completed a total amount of nineteen years and three months. The defendant did not receive any relief under the new guidelines for crack cocaine.

2)Recently the new good time bill gave federal prisoners seven days that was not calculated by the bop defendant and he was not awarded the forty-seven days a year.

3) The defendant has maintained employment and has recently started his own consulting business in which he will speak with at risk kids. The defendant has always been a very good person and currently lives and gives back to the same community he was raised in.

4) If given the chance, the court can hear from the at-risk kids whom the defendant has mentored and passed on valuable life lessons to.

5) The defendant is already on low supervised release where he does not report at all.


I, Randy L Hutchinson, hereby certify that this is a true statement.


x
Randy L Hutchinson
1167 Stanley Ave Apt 7A
Brooklyn, NY 11208



R. Hutchinson
1167 Stanley ave
BKLYN. N.Y. 11208

13 JUL 2019 PM 1

THE Honorable Budge
I. Leo Glasser
225 Cadman PLZ East
BKLYN. NY 11201

11201-183299